**Bergenline Office**
4539 Bergenline Avenue
Union City, New Jersey 07087
T: 201-751-4900
F: 201-751-4901

DUQUE ISERN
LAW

**Ferry Street Office**
206 Ferry Street
Newark, New Jersey 07105
T: 973-206-0050
F: 973-206-0051

**Stephanie M. Duque Isern ± ·**
**Jiana L. Paladino ±**
**Victor Manuel Hernandez Fuentes**
*(Practice Limited to Puerto Rico)*
*± Member of the New Jersey Bar*
*·Member of the New York Bar*
*Member of the Puerto Rico Bar*

**Please respond to:**
**[X] Bergenline Office**
**[ ] Ferry Street Office**

VIA ECF

November 13, 2026

Honorable Robert Kirsch, U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

**Re: Gregorio Salvador Cuenca Macareno v. Soto, et al., Civil Action No. 2:26-cv-12396**
**Withdrawal of Petition For Writ of Habeas Corpus of September 20, 2026**

Dear Judge Kirsch:

Petitioner Gregorio Salvador Cuenca Macareno, by and through undersigned counsel, respectfully submits withdrawal of Petition For Writ of Habeas Corpus. Petitioner advises the Court that he has been released from ICE custody following the posting of the bond authorized by U.S. Immigration and Customs Enforcement.

Accordingly, Petitioner is no longer detained and does not seek further habeas relief concerning his prior detention at this time. Petitioner respectfully requests that the Court take notice of his release and this response in satisfaction of withdrawing the Petition For Writ of Habeas Corpus of September 20, 2026.

Respectfully submitted,
/s/ Stephanie M. Duque Isern
Stephanie M. Duque Isern, Esq.
Counsel for Petitioner

**SO ORDERED.**

Robert Kirsch, U.S.D.J.
DATE: 11/16/26